IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | 4:11CV3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | RECUSAL ORDER |
| | ) | |
| L.B. FOSTER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(b)(4), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding . . . [where] [h]e knows that he . . . has a financial interest . . . in a party to the proceeding." Because I hold stock in Berkshire Hathaway, Inc., and that company controls a party, the undersigned Judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(b)(4).

IT IS SO ORDERED. Chief Judge Laurie Smith Camp is requested to reassign this case.

DATED this 13th day of February, 2012.

BY THE COURT:

s/John M. Gerrard
United States District Judge