IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | 4:11CV3076 |
| | ) | |
| Plaintiff, | ) | ORDER ON MOTION FOR LEAVE TO |
| | ) | SUBMIT A REPLY TO BNSF'S |
| v. | ) | SUPPLEMENTAL BRIEF IN OPPOSITION |
| | ) | TO LB FOSTER'S MOTION FOR |
| L.B. FOSTER COMPANY, | ) | SUMMARY JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's Motion for Leave to Submit a Reply to BNSF's Supplemental Brief in Opposition to L.B. Foster's Motion for Summary Judgment, ECF No. 100, is granted and the defendant may on or before October 8, 2012, file and serve a reply brief.

Dated October 3, 2012.

BY THE COURT

Warren K. Urbom
United States Senior District Judge