IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Plaintiff, ) | 4:11CV3076 |
| ) | |
| v. ) | |
| ) | |
| L.B. FOSTER COMPANY ) | MEMORANDUM AND ORDER |
| ) | |
| Defendant and ) | |
| Third Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| HERZOG SERVICES, INC. ) | |
| ) | |
| Third Party Defendant ) | |

On January 22, 2013, I ordered L.B. Foster to show cause why its third party complaint against Herzog Services should not be dismissed as moot and why a final judgment should not be entered in this case. (ECF No. 138.) L.B. Foster responded promptly to this order. (See ECF No. 139.) In its response, L.B. Foster states that it considers the third party complaint to be moot, and it has no objection to the entry of a final judgment.

**IT IS ORDERED** that L.B. Foster's third party complaint against Herzog Services is dismissed without prejudice, and a final judgment will be entered on a separate document.

Dated January 29, 2013.

BY THE COURT

_/s/ Warren K. Urbom_

Warren K. Urbom
United States Senior District Judge

1